UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LESHAWN DAWSON, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>BON WORTH, INC.,<br><br>Defendant. | Case No. 1:19-cv-01379-PGG-KNF<br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) without prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:  Brooklyn, New York
        September 18, 2019

Respectfully submitted,

By: /s/ *Joseph H. Mizrahi*
Cohen & Mizrahi LLP
*Attorneys for Plaintiff*